IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | JUDGE: Gregory L. Taddonio |
| | ) | |
| Rue 21, Inc. | ) | CASE NO. : 17-22045 |
| | ) | |
| Debtor | ) | CHAPTER 11 |
| | ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned appears on behalf of The Marion Plaza, Inc. dba Eastwood Mall; Governor's Square Company dba Governor's Square Mall; Kennedy Mall, LTD. dba Kennedy Mall; Kentucky Oaks Mall Company dba Kentucky Oaks Mall; French Town Square Partnership, dba Mall of Monroe; Meadowbrook Mall Company dba Meadowbrook Mall; Cafaro Peachcreek Joint Venture Partnership dba Millcreek Mall; Ohio Valley Mall Company dba Ohio Valley Mall; Sandusky Mall Company dba Sandusky Mall; The Cafaro Northwest Partnership dba South Hill Mall; and Spotsylvania Mall Company dba Spotsylvania Towne Centre and pursuant to Rule 2002 of the Bankruptcy Rules and 11 U.S.C. § 1109(b), request that all notices required to be served in these cases be served upon Cafaro Management Company, 5577 Youngstown-Warren Rd., Niles, Ohio  44446, Attention: Richard T. Davis.

Dated:  May 16, 2017

/s Richard T. Davis
RICHARD T. DAVIS
Ohio Reg. No. 0033405
The Cafaro Company
5577 Youngstown-Warren Rd.
Niles, Ohio 44446
(330) 747-2661

RTD/kam