# EXHIBIT "A"

**MVP group INTERNATIONAL, INC.**

1031 Le Grand Blvd.
Charleston, South Carolina 29492
843-216-8380
813-216-8386
info@mvpgroupint.com

## STATEMENT OF ACCOUNT

### SUMMARY OF INVOICES FOR GOODS SOLD AND DELIVERED APRIL 25- MAY 15, 2017

| Date | Invoice Number | Amount |
|---|---|---|
| April 26, 2017 | 0005490490 | $44,911.50 |
| April 26, 2017 | 0005490491 | 4,138.68 |
| May 4, 2017 | 0005492227 | 24,695.64 |
| May 4, 2017 | 0005492229 | 32,385.60 |

**TOTAL DUE:**     $106,131.42

• INDIA          • USA          • CHINA

# Invoice

MVP Private Label
430 Gentry Road
Elkin, NC 28621   USA

Page: 1
Number: 0005490490
Date: 4/26/2017
Sales Order #: SO-0000162488
Salesperson:

****Reprint****

| Sold To | Ship To | Remit To |
|---|---|---|
| Rue21<br>Rue21, Inc.<br>800 Commonwealth Drive<br>Suite 100<br>Warrendale, PA 15086   USA | RUE 21<br>491 PARK DRIVE<br>Weirton, WV 26062   USA | MVP Private Label<br>430 Gentry Road<br>Elkin, NC 28621 |

| Customer | Customer P.O. | Ship Via | F.O.B | Terms |
|---|---|---|---|---|
| 00-rue001 | 0000011177 | SCNN | | Net 90 |

| Item | Description | Qty Shipped | Price | Amount |
|---|---|---|---|---|
| 117150 | 14.5OZ PINK ICE | 11,220.000000 | 3.7900 | 42,523.80 |
| 117149 | 14.5OZ CJ BLACK | 630.000000 | 3.7900 | 2,387.70 |
| | LAST ITEM | | | |

**Special Instructions:**

Please Note: The remittance address for payments has changed.   Please update your records accordingly to ensure timely and accurate processing of your payment.

Contact:   Sandy Roush

| | |
|---|---|
| Subtotal | 44,911.50 |
| Freight | 0.00 |
| Sales Tax | 0.00 |
| Trade Discount | 0.00 |
| Payment/Credit Amount | 0.00 |
| **Balance** | **44,911.50** |

# Invoice

MVP Private Label
430 Gentry Road
Elkin, NC 28621   USA

Page: 1
Number: 0005490491
Date: 4/26/2017
Sales Order #: SO-0000163319
Salesperson:

****Reprint****

| Sold To | Ship To | Remit To |
|---|---|---|
| Rue21 | RUE 21 | MVP Private Label |
| Rue21, Inc. | 491 PARK DRIVE | 430 Gentry Road |
| 800 Commonwealth Drive | Weirton, WV 26062   USA | Elkin, NC 28621 |
| Suite 100 | | |
| Warrendale, PA 15086   USA | | |

| Customer | Customer P.O. | Ship Via | F.O.B | Terms |
|---|---|---|---|---|
| 00-rue001 | 0000012415 | SCNN | | Net 90 |

| Item | Description | Qty Shipped | Price | Amount |
|---|---|---|---|---|
| 118904 | WOMEN'S 21 BLACK | 84.000000 | 3.7900 | 318.36 |
| 118905 | WOMEN'S REVERT | 384.000000 | 3.7900 | 1,455.36 |
| 118903 | WOMEN'S BLUSH | 624.000000 | 3.7900 | 2,364.96 |
| | LAST ITEM | | | |

**Special Instructions:**

Please Note: The remittance address for payments has changed.   Please update your records accordingly to ensure timely and accurate processing of your payment.

Contact: Sandy Roush

| | |
|---|---|
| Subtotal | 4,138.68 |
| Freight | 0.00 |
| Sales Tax | 0.00 |
| Trade Discount | 0.00 |
| Payment/Credit Amount | 0.00 |
| **Balance** | **4,138.68** |

# Invoice

MVP Private Label  
430 Gentry Road  
Elkin, NC 28621   USA

Page: 1  
Number: 0005492227  
Date: 5/4/2017  
Sales Order #: SO-0000161515  
Salesperson:

****Reprint****

| Sold To | Ship To | Remit To |
|---|---|---|
| Rue21 | RUE 21 | MVP Private Label |
| Rue21, Inc. | 491 PARK DRIVE | 430 Gentry Road |
| 800 Commonwealth Drive | Weirton, WV 26062   USA | Elkin, NC 28621 |
| Suite 100 | | |
| Warrendale, PA 15086   USA | | |

| Customer | Customer P.O. | Ship Via | F.O.B | Terms |
|---|---|---|---|---|
| 00-rue001 | 0000009925 | PFLP | | Net 90 |

| Item | Description | Qty Shipped | Price | Amount |
|---|---|---|---|---|
| 117150 | 14.5OZ PINK ICE | 4,116.000000 | 3.7900 | 15,599.64 |
| 117149 | 14.5OZ CJ BLACK | 2,400.000000 | 3.7900 | 9,096.00 |
| | LAST ITEM | | | |

**Special Instructions:**

Please Note:  The remittance address for payments has changed.   Please update your records accordingly to ensure timely and accurate processing of your payment.

Contact:   Sandy Roush

| | |
|---|---|
| Subtotal | 24,695.64 |
| Freight | 0.00 |
| Sales Tax | 0.00 |
| Trade Discount | 0.00 |
| Payment/Credit Amount | 0.00 |
| **Balance** | **24,695.64** |

# Invoice

MVP Private Label
430 Gentry Road
Elkin, NC 28621   USA

Page: 1
Number: 0005492229
Date: 5/4/2017
Sales Order #: SO-0000161478
Salesperson:

****Reprint****

| Sold To | Ship To | Remit To |
|---|---|---|
| Rue21<br>Rue21, Inc.<br>800 Commonwealth Drive<br>Suite 100<br>Warrendale, PA 15086   USA | RUE 21<br>491 PARK DRIVE<br>Weirton, WV 26062   USA | MVP Private Label<br>430 Gentry Road<br>Elkin, NC 28621 |

| Customer | Customer P.O. | Ship Via | F.O.B | Terms |
|---|---|---|---|---|
| 00-rue001 | 0000009881 | PFLP |  | Net 90 |

| Item | Description | Qty Shipped | Price | Amount |
|---|---|---|---|---|
| 118545 | 11oz GOLD SCREENPRINT FLAMINGO W/ WOOD LID | 1,038.000000 | 3.6000 | 3,736.80 |
| 118546 | 11oz GOLD SCREENPRINT PALM TREE W/ WOOD LID | 1,038.000000 | 3.6000 | 3,736.80 |
| 118547 | 11oz GOLD SCREENPRINT WANDERLUST W/ WOOD LID | 1,038.000000 | 3.6000 | 3,736.80 |
| 118548 | 12oz FLAMINGO W/ DUSTCOVER | 1,038.000000 | 3.2000 | 3,321.60 |
| 118549 | 12oz PALM TREE W/ DUSTCOVER | 1,038.000000 | 3.2000 | 3,321.60 |
| 118550 | 12oz WANDERLUST W/ DUSTCOVER | 1,038.000000 | 3.2000 | 3,321.60 |
| 118551 | 12OZ PINK OMBRE W/ GOLD SHINY LID | 1,038.000000 | 3.6000 | 3,736.80 |
| 118552 | 12OZ GREEN OMBRE W/ GOLD SHINY LID | 1,038.000000 | 3.6000 | 3,736.80 |
| 118553 | 12OZ PEACH OMBRE WITH GOLD SHINY LID | 1,038.000000 | 3.6000 | 3,736.80 |

LAST ITEM

**Special Instructions:**

Please Note: The remittance address for payments has changed.   Please update your records accordingly to ensure timely and accurate processing of your payment.

Contact:   Sandy Roush

| | |
|---|---|
| Subtotal | 32,385.60 |
| Freight | 0.00 |
| Sales Tax | 0.00 |
| Trade Discount | 0.00 |
| Payment/Credit Amount | 0.00 |
| Balance | 32,385.60 |