**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | ) |
| rue21, inc., *et al.*,[1] | ) Case No. 17-22045 (GLT) |
| Debtors. | ) Chapter 11<br>) (Jointly Administered) |
| rue21, inc., *et al.*, | ) |
| Movants, | ) Related to Docket No. 315, 316,<br>) 695, 697, 844, 953, 1018, 1083 |
| v. | ) |
| No Respondent | ) |
| Respondent. | ) |

**NOTICE OF (I) ENTRY OF ORDER CONFIRMING THE DEBTORS' FIRST AMENDED JOINT PLAN OF REORGANIZATION PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE AND (II) OCCURRENCE OF EFFECTIVE DATE**

**TO ALL CREDITORS, INTEREST HOLDERS, AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that an order [Docket No. 1083] (the "Confirmation Order") confirming the *Debtors' First Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code* (as may be modified, the "Plan"), was entered by the Honorable Gregory L. Taddonio, United States Bankruptcy Judge, and docketed by the Clerk of the United States Bankruptcy Court for the Western District of Pennsylvania (the "Court") on September 8, 2017. Unless otherwise defined in this notice, capitalized terms used in this notice shall have the meanings ascribed to them in the Plan and the Confirmation Order.

**PLEASE TAKE FURTHER NOTICE** that copies of the Confirmation Order, the Plan, and the related documents, are available on this Court's website at http://www.pawb.uscourts.gov and free of charge on www.kccllc.net/rue21. To access this Court's website, you will need a PACER password and login, which can be obtained at http://www.pacer.psc.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE** that the Effective Date occurred on September 22, 2017.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: rue21, inc. (1645); Rhodes Holdco, Inc. (6922); r services llc (9425); and rue services corporation (0396). The location of the Debtors' service address is: 800 Commonwealth Drive, Warrendale, PA 15086.

**PLEASE TAKE FURTHER NOTICE** that, unless otherwise provided by the Plan, the Confirmation Order, any other applicable order of the Bankruptcy Court, or agreed to by the holder of an Allowed Administrative Claim and the Debtors, all requests for Payment of Administrative Claims, other than Professional Fee Claims and Administrative Claims arising under section 503(b)(9) of the Bankruptcy Code which were required to be Filed by the Bar Date, must be Filed and served on the Debtors **no later than October 23, 2017** (the "Administrative Claims Bar Date").  Holders of Administrative Claims that are required to File and serve a request for payment of such Administrative Claims (other than Professional Fee Claims) that do not File and serve such a request by the Administrative Claims Bar Date shall be forever barred, estopped, and enjoined from asserting such Administrative Claims against the Debtors, or their property and such Administrative Claims shall be deemed discharged as of the Effective Date.

**PLEASE TAKE FURTHER NOTICE** that, unless otherwise provided by a final order of the Bankruptcy Court approving rejection of Executory Contracts or Unexpired Leases, all Proofs of Claim with respect to Claims arising from the rejection of Executory Contracts or Unexpired Leases, pursuant to the Plan or the Confirmation Order, if any, must be Filed with the Notice and Claims Agent **on or before the later of the date that is thirty (30) days after (i) notice of the Effective Date; or (ii) the date on which the Reorganized Debtors remove an Executory Contract or Unexpired Lease from the Assumed Executory Contract and Unexpired Lease Schedule on or after the Effective Date pursuant to Article V.A of the Plan, and any other applicable provision of the Plan or Confirmation Order.  For the avoidance of doubt, the deadline to file Proofs of Claim with respect to any Executory Contracts or Unexpired Leases that were rejected prior to the Effective Date pursuant to a final order of the Bankruptcy Court or the procedures established by the Bankruptcy Court [Docket No. 533] was the later of (a) 5:00 p.m. Eastern Time on August 8, 2017 and (b) any date that the Bankruptcy Court fixed in the applicable order authorizing such rejection and, if no such date was provided, 30 days from the rejection of such Executory Contract or Unexpired Lease.**

*[Remainder of page intentionally left blank.]*

**PLEASE TAKE FURTHER NOTICE** that the Plan and its provisions are binding on the Debtors, the Reorganized Debtors, any holder of a Claim against, or Interest in, the Debtors and such holder's respective successors and assigns, whether or not the Claim or Interest of such holder is Impaired under the Plan and whether or not such holder or Entity voted to accept the Plan.

Dated: September 22, 2017

*/s/ Jared S. Roach*

| | |
|---|---|
| Jonathan S. Henes, P.C. (admitted pro hac vice) | Eric A. Schaffer (PA I.D. #30797) |
| Robert A. Britton (admitted pro hac vice) | Jared S. Roach (PA I.D. #307541) |
| George Klidonas (admitted pro hac vice) | REED SMITH LLP |
| KIRKLAND & ELLIS LLP | 225 Fifth Avenue |
| KIRKLAND & ELLIS INTERNATIONAL LLP | Pittsburgh, Pennsylvania 15222 |
| 601 Lexington Avenue | Telephone:   (412) 288-3131 |
| New York, New York 10022 | Facsimile:   (412) 288-3063 |
| Telephone:   (212) 446-4800 | |
| Facsimile:   (212) 446-4900 | *Local Counsel to the Debtors and Debtors in Possession* |
| *Counsel to the Debtors and Debtors in Possession* | |