**Exhibit F**

**Summary, by Individual Timekeeper, of Total
Fees Incurred and Hours Billed During the Fee Period**

## Summary, by Individual Timekeeper, of Total
## Fees Incurred and Hours Billed During the Fee Period

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | In this Application at First Interim Application Billing Rate |
| Thad Davis | Partner | Taxation | 2005 | 3,600.00 | 3.20 | N/A | 1,125.00 | 1,125.00 | 3,600.00 |
| Leo M Greenberg, P.C. | Partner | Corporate - M&A/Private Equity | 2005 | 7,777.50 | 6.10 | N/A | 1,275.00 | 1,275.00 | 7,777.50 |
| Nicole L Greenblatt, P.C. | Partner | Restructuring | 2003 | 14,193.00 | 11.40 | N/A | 1,245.00 | 1,245.00 | 14,193.00 |
| Jonathan S Henes, P.C. | Partner | Restructuring | 1997 | 166,098.00 | 117.80 | N/A | 1,410.00 | 1,410.00 | 166,098.00 |
| Chad J Husnick, P.C. | Partner | Restructuring | 2004 | 1,747.50 | 1.50 | N/A | 1,165.00 | 1,165.00 | 1,747.50 |
| Katie Jakola, P.C. | Partner | Litigation - General | 2001 | 339,815.00 | 277.40 | N/A | 1,225.00 | 1,225.00 | 339,815.00 |
| Todd F Maynes, P.C. | Partner | Taxation | 1988 | 40,787.50 | 25.10 | N/A | 1,625.00 | 1,625.00 | 40,787.50 |
| David M Nemecek, P.C. | Partner | Corporate - Debt Finance | 2003 | 11,827.50 | 9.50 | N/A | 1,245.00 | 1,245.00 | 11,827.50 |
| Scott D Price | Partner | Executive Compensation | 1998 | 2,655.00 | 1.80 | N/A | 1,475.00 | 1,475.00 | 2,655.00 |
| Shireen Barday | Partner | Litigation - General | 2009 | 105,764.00 | 109.60 | N/A | 965.00 | 965.00 | 105,764.00 |
| Robert Britton | Partner | Restructuring | 2008 | 252,979.50 | 264.90 | 1 | 955.00 | 955.00 | 252,979.50 |
| | | | | 234,820.00 | 236.00 | | 995.00 | 955.00 | 225,380.00 |
| Timothy Cruickshank | Partner | Corporate - Capital Markets | 2011 | 9,625.50 | 9.30 | N/A | 1,035.00 | 1,035.00 | 9,625.50 |
| Erik Hepler | Partner | Corporate - Debt Finance | 1990 | 1,673.00 | 1.40 | N/A | 1,195.00 | 1,195.00 | 1,673.00 |
| Nisha Kanchanapoomi | Partner | Corporate - Debt Finance | 2006 | 87,075.00 | 81.00 | N/A | 1,075.00 | 1,075.00 | 87,075.00 |
| Polina Liberman | Partner | Taxation | 2010 | 78,416.00 | 75.40 | N/A | 1,040.00 | 1,040.00 | 78,416.00 |
| William T Pruitt | Partner | Litigation - General | 2004 | 6,293.00 | 6.20 | N/A | 1,015.00 | 1,015.00 | 6,293.00 |
| Jennifer Sheehan | Partner | Real Estate | 2009 | 633.00 | 0.60 | N/A | 1,055.00 | 1,055.00 | 633.00 |
| Asif Attarwala | Associate | Restructuring | 2016 | 109,521.00 | 169.80 | 1 | 645.00 | 645.00 | 109,521.00 |
| | | | | 177,282.00 | 241.20 | | 735.00 | 645.00 | 155,574.00 |
| Rachael Bazinski | Associate | Restructuring | 2017 | 103,230.00 | 186.00 | 1 | 555.00 | 555.00 | 103,230.00 |
| | | | | 163,959.00 | 254.20 | | 645.00 | 555.00 | 141,081.00 |
| Sara Darragh | Associate | Corporate - Debt Finance | 2014 | 13,694.00 | 16.40 | 1 | 835.00 | 835.00 | 13,694.00 |
| | | | | 10,226.50 | 11.30 | | 905.00 | 835.00 | 9,435.50 |

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | In this Application at First Interim Application Billing Rate |
| Ciara Foster | Associate | Restructuring | 2017 | 89,133.00 | 160.60 | 1 | 555.00 | 555.00 | 89,133.00 |
| | | | | 101,652.00 | 157.60 | | 645.00 | 555.00 | 87,468.00 |
| Jacob Hansen | Associate | Corporate - M&A/Private Equity | 2014 | 10,860.00 | 12.00 | N/A | 905.00 | 905.00 | 10,860.00 |
| Micah Kantrowitz | Associate | Corporate - General | 2016 | 10,707.00 | 16.60 | 1 | 645.00 | 645.00 | 10,707.00 |
| | | | | 1,984.50 | 2.70 | | 735.00 | 645.00 | 1,741.50 |
| George Klidonas | Associate | Restructuring | 2007 | 255,927.50 | 306.50 | 1 | 835.00 | 835.00 | 255,927.50 |
| | | | | 283,627.00 | 313.40 | | 905.00 | 835.00 | 261,689.00 |
| Jaran R Moten | Associate | Litigation - General | 2013 | 124,130.50 | 146.90 | N/A | 845.00 | 845.00 | 124,130.50 |
| Sola Paterson-Marke | Associate | Corporate - General | | 10,836.00 | 16.80 | N/A | 645.00 | 645.00 | 10,836.00 |
| Julie Rhoades | Associate | Taxation | 2012 | 8,974.50 | 9.30 | N/A | 965.00 | 965.00 | 8,974.50 |
| Daniel Rudewicz | Associate | Restructuring | 2016 | 5,095.50 | 7.90 | 1 | 645.00 | 645.00 | 5,095.50 |
| | | | | 64,680.00 | 88.00 | | 735.00 | 645.00 | 56,760.00 |
| Reed Schuster | Associate | Corporate - Investment Funds | 2014 | 83.50 | 0.10 | N/A | 835.00 | 835.00 | 83.50 |
| Cora Walker | Associate | Corporate - General | 2017 | 8,325.00 | 15.00 | 1 | 555.00 | 555.00 | 8,325.00 |
| | | | | 10,836.00 | 16.80 | | 645.00 | 555.00 | 9,324.00 |
| Christopher J Worek | Associate | Taxation | 2015 | 2,520.00 | 4.50 | N/A | 560.00 | 560.00 | 2,520.00 |

| Paraprofessional Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | In this Application at First Interim Application Billing Rate |
| Beth Friedman | Paralegal | Restructuring | N/A | 9,828.00 | 23.40 | N/A | 420.00 | 420.00 | 9,828.00 |
| Wayne E LeBlanc, Jr. | Paralegal | Litigation - General | N/A | 5,922.00 | 14.10 | N/A | 420.00 | 420.00 | 5,922.00 |
| Stephanie N Levy | Paralegal | Corporate - General | N/A | 680.00 | 2.00 | N/A | 340.00 | 340.00 | 680.00 |
| Robert Orren | Paralegal | Restructuring | N/A | 42,398.00 | 124.70 | N/A | 340.00 | 340.00 | 42,398.00 |
| Patrick Tucker | Paralegal | Corporate - General | N/A | 4,930.00 | 14.50 | N/A | 340.00 | 340.00 | 4,930.00 |
| Gary M Vogt | Paralegal | Litigation - General | N/A | 1,014.00 | 2.60 | N/A | 390.00 | 390.00 | 1,014.00 |
| Anthony C Abate | Junior Paralegal | Restructuring | N/A | 1,032.00 | 4.30 | N/A | 240.00 | 240.00 | 1,032.00 |
| Allison Biolsi | Junior Paralegal | Corporate - General | N/A | 220.00 | 1.00 | N/A | 220.00 | 220.00 | 220.00 |
| Hannah Kupsky | Junior Paralegal | Restructuring | N/A | 3,432.00 | 15.60 | N/A | 220.00 | 220.00 | 3,432.00 |
| Library Factual Research | Support Staff | Admin Services | N/A | 495.00 | 1.50 | N/A | 330.00 | 330.00 | 495.00 |
| Michael Y Chan | Support Staff | Admin Services | N/A | 525.00 | 2.50 | N/A | 210.00 | 210.00 | 525.00 |
| Allison Graybill | Support Staff | Admin Services | N/A | 265.00 | 1.00 | N/A | 265.00 | 265.00 | 265.00 |
| Kenneth Sampson | Support Staff | Admin Services | N/A | 1,378.00 | 5.20 | N/A | 265.00 | 265.00 | 1,378.00 |
| Elaine S Santucci | Support Staff | Admin Services | N/A | 611.00 | 2.60 | N/A | 235.00 | 235.00 | 611.00 |
| Song Lin | Support Staff | Litigation - General | N/A | 2,380.00 | 7.00 | N/A | 340.00 | 340.00 | 2,380.00 |
| Toni Anderson | Support Staff | Litigation - General | N/A | 170.00 | 0.50 | N/A | 340.00 | 340.00 | 170.00 |