UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re<br><br>rue21, inc., *et al.*<br><br>Debtors. | Case No. 17-22045 (GLT)<br><br>Chapter 11<br><br>Jointly Administered<br><br>Related to Docket No. 836, 877, 944 |

### NOTICE OF WITHDRAWAL OF OBJECTION
### OF CPP PASEO I LLC AND CPP PASEO II LLC TO AMOUNT TO CURE CLAIM

PLEASE TAKE NOTICE that CPP Paseo I LLC AND CPP Paseo II LLC, hereby withdraw their objection, filed on September 27, 2017 [Docket No. 1164], to the cure claim amount asserted by the Debtors with respect to the assumption of that certain February 21, 2010 Lease Agreement, as amended by First Amendment to Lease Agreement dated August 23, 2017.

DATED: August 28, 2018

APPEL &HENICK LLP

By: _____
Richard Henick

ATTORNEYS FOR CPP PASEO I LLC AND
CPP PASEO II LLC

1