UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re | Case No. 17-22045 (GLT) |
| rue21, inc., *et al*. | Chapter 11 |
| Debtors. | Jointly Administered |
| | Related to Docket No. 836, 877, 944 |

**NOTICE OF WITHDRAWAL OF OBJECTION
OF CPP PASEO I LLC AND CPP PASEO II LLC TO AMOUNT TO CURE CLAIM**

PLEASE TAKE NOTICE that CPP Paseo I LLC AND CPP Paseo II LLC, hereby withdraw their objection, filed on September 27, 2017 [Docket No. 1164], to the cure claim amount asserted by the Debtors with respect to the assumption of that certain February 21, 2010 Lease Agreement, as amended by First Amendment to Lease Agreement dated August 23, 2017.

DATED:  September 12, 2018        **SHEMANO LAW**

By:  /s David B. Shemano
    David B. Shemano

**ATTORNEYS FOR CPP PASEO I LLC AND
CPP PASEO II LLC**

1